**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH W. PILCHESKY,                              :    No. 99 MM 2020
                                                 :
                       Petitioner                :
                                                 :
                                                 :
                       v.                        :
                                                 :
                                                 :
MARYLOU RAINONE, D.O.; GEISINGER                 :
GENERAL SURGERY POTTSVILLE, A/K/A                :
GEISINGER MEDICAL CENTER,                        :
GEISINGER HEALTH, GEISINGER                      :
HOSPITAL AND/OR GEISINGER MEDICAL                :
GROUP                                            :

## ORDER

**PER CURIAM**

   **AND NOW**, this 14th day of August, 2020, the Petition for Leave to File Petition for

Allowance of Appeal *Nunc Pro Tunc* is DENIED.